# Arnold & Porter

Jeffrey Horowitz
+1 212.836.7572 Direct
Jeffrey.Horowitz@arnoldporter.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 4/29/2024

April 28, 2025

**VIA CM/ECF AND NEXT DAY HAND-DELIVERY**

Hon. Colleen McMahon
U.S. District Court for the Southern District of
  New York, Courtroom 24A
500 Pearl Street
New York, New York 10007

Re:   *Anderson v. Wyeth*, No. 1-25-cv-002217-CM (S.D.N.Y.)

Dear Judge McMahon,

My firm represents Defendants Wyeth LLC and Pfizer Inc. ("Wyeth") in the above-captioned case. We understand that an initial pretrial conference has been set for Thursday, May 1, 2025 at 10:30 am. However, Wyeth was only served with the complaint and summons last Friday, April 25, 2025. We therefore write to request a brief continuance of the conference for two weeks, so we can review the complaint, meet and confer with Plaintiffs, and submit the case management plan pursuant to the Court's March 20, 2025 order setting the initial pretrial conference. This is Wyeth's first request for a continuance. Wyeth has conferred with Plaintiffs, who do not object to continuing the conference.

[Handwritten annotation: 4/29/2025 We will adjourn conference until June 5 at 10:45 to give you time to meet your opponent and perhaps formulate plan.]

Very truly yours,

*/s/ Jeffrey Horowitz*
Jeffrey Horowitz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Phone: (212) 836-8000
jeffrey.horowitz@arnoldporter.com

*Counsel for Wyeth LLC and Pfizer Inc.*