UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY R. ANDERSON, an individual; and JASON ANDERSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WYETH LLC, a Limited Liability Company; PFIZER INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.1:25-cv-02217-CM<br><br>**MEMO ENDORSED**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/5/2025 |

Counsel for Plaintiffs, Emily R. Anderson and Jason Anderson, respectfully requests to appear telephonically at the hearing on June 5, 2025, at 10:45 am EST. Counsel for Plaintiffs are located in California. Counsel apologizes for the late request, and would like to be present, but can only be present by telephone.

Dated: June 3, 2025

By   /s/ Nancy Hersh
NANCY HERSH
KATE HERSH-BOYLE
DAVID NEWDORF
Attorneys for Plaintiffs

*Telephone Conference Scheduled for 6/18/2025 at 11:45 a.m.*

*[signature]*
*6/5/2025*

1