UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY R. ANDERSON, an individual; and JASON ANDERSON, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>WYETH LLC, a Limited Liability Company; PFIZER INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 1:25-cv-02217-CM<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* |

The Motion of Heidi K. Hubbard for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the District of Columbia and the Bar of the Utah State Bar (inactive status), and that her contact information is as follows:

　　　　Applicant's Name: Heidi K. Hubbard

　　　　Firm Name: Williams & Connolly LLP

　　　　Address: 680 Maine Avenue SW

　　　　City / State / Zip: Washington, DC 20024

　　　　Telephone: (202) 434-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Wyeth LLC and Pfizer Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 11/13/2025

_____
United States District / ~~Magistrate Judge~~